FILED16 MAR '23 10:28USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

_PORTLAND_ DIVISION

CURATRE STEVEN WILLIS
_____
*(Enter full name of plaintiff)*

Plaintiff,

v.

UNCONSTITUTIONAL COMBATANTS
CARELESS CIVIL LIBERTIES VIOL,
_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:23-cv-00389-MO
*(to be assigned by Clerk's Office)*

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)**

Jury Trial Demanded
☑Yes    ☐No

## I. PARTIES

    List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**    Name: CURATRE STEVEN WILLIS
        Street Address: 11540 NE INVERNESS DR,
        City, State & Zip Code: PORTLAND, OR. 97220
        Telephone No.:

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_conspiracy to deprive_

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

**Claim III**

State here as briefly as possible the _facts_ of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_(If you have additional claims, describe them on another piece of paper, using the same outline.)_

CLAIM 1

PG 1

EVERYBODY IS A WITNESSED TO RADICALIZED CAUCASIONS IN ONE.
THIS IS A LIST OF MORE COMMENTS IVE HEARD ON THE
"AIR" PHONE SINCE IVE BEEN IN CUSTODY

"THEY KNOW YOU NEVER STARTED THE FIRE", "WE GOT EM",
"GAULT SAID HE KNOWS HE DIDNT START THE FIRE",
"YOU'RE LOOKING AT MORE CHARGES", "YOU'RE NEVER GETTING OUT",
"YOU'LL BE CHARGED WITH ANOTHER ARSON", FINDERS GANZI ON AIR ONLY
"YOU DONT HAVE TO RAT BACK", "HE'LL NEVER MARY HER",
"YOU'RE A NIGGER", "HE KNOWS WHAT WE ARE",
"NOW SARA'S IN TROUBLE", "NOW OLGAS IN TROUBLE",
"NOW MELINA'S IN TROUBLE", "WE'RE ALL HIS MASTERS",
"THATS WHY HE DOES WHAT HE DOES", "THIS IS NOT GOING TO STOP",
"MELINA SAID YOU DONT NEED TO KNOW THESE PEOPLE",
"HE KNOWS THE SECRET TO THE WHITE SUPREMACY",
"HE KNOWS THEY'RE FINDERS ON AIR", "FINDERS ARE IN ANZI PROJECT",
"FINDERS ARE REAL WHITE SUPREMISTS", "FINDERS ACT AS MEDIUMS TO
SOCIETY FOR THE CIA", "FINDERS HAVE NO OTOMS", "THERES NO
REAL EVIDENCE", "HA -THATS WHY HES NOT GETTING OUT OFF THAT ARSON CHARGE"

EVERYBODY KNOWS THAT 'SILENBROOD' PORTLAND PULICE OFFICERS ARE
KNOWN WHITE SUPREMISTS BY THE WAY THEY PERFORM THEIR DUTIES
& EXCERSIZE DISCRETION MAKING DECISIONS THAT EFFECT A
CITIZENS LIBERTYS OFTEN MAKING CASES BASED ON CIRUMSTANCES,
SPECULATION ,& UN-CONSTITUTIONALLY SEIZED FRIVOLOUS EVIDENCE.
THEY ALWAYS WORK CLOSELY WITH INFORMANTS IN THE CITY OF
PORTLAND ONLY WHO ARE ALL CAUCASION ONCY WHILE OBTAINING
GENERAL INTELLIGENCE ON ANYBODY & EVERYBODY THEY THEMSELVES
HAVE PICKED AS A TARGET, SUMEONE THE INFORMANT HAS TARGETED,
AND ON ANYBODY & EVERYBODY WHO COMMITS CRIMINAL ACTS
OR TALKS ABOUT HAVING COMMITTED WHAT WOULD BE A CRIMINAL
ACT FROM THE CAUCASION INFORMANT(S). TARGETS ARE MOST

# CLAIM 1

pg2

OFTEN AFRICAN-AMERICAN. ALL THESE OFFICERS & DETECTIVES WITH FURTHERED UNETHICAL PRACTICES BY STATE PROSECUTORS & INEFFECTIVENESS BY DEFENSE ATTORNEYS ARE ALL MORALLY CORRUPTED HENCE THEIR PERCIEVED & CONFIRMED BIAS PRACTICES. THESE PEOPLE KNOW THAT JURYS COULD FIND THE ACCUSED GUILTY OF THE CHARGE WITHOUT ANY DIRECT OR REAL EVIDENCE OR AND WITNESS STATEMENTS AND ANY REAL DESCRIPTION OF HOW THE ACCUSED VIOLATED THE STATUTE, KNOWING THAT THE ACCUSED IS WOULD NOT BE IN THE ADJUDICATION PROCESS HAD THE OFFICER HAD MORAL INTEGRITY LEAVING THE ACCUSED AT THE MERCY OF A JURY WHO COULD END UP FINDING THEM GUILTY BASED ON "COULDVE" DONE-IT. EVERYBODY THAT IS IN THAT CLANDESTINE CIVIL LIBERTYS VIOLATING "PROJECT" THINKS THAT THEY'RE SIC BECAUSE THEY HAVE SOME INVERTED FLIPPED COUNTERFIT KNOWLEDGE OF 1\2 MAKING THEM ABOVE THE LAW & ABOVE SUSPICION, ALL THE WHILE PRETENDING THAT THEY'RE ALL EQUAL TO ONE BLACK SIC SOVEREIGN WHO CAN SEE & HEAR & HAS BEEN. AFTER MONTHS & YEARS OF CRITICALLY ANALYZING HOW THE AIR (Phone) WHICH IS IN THE MYSTIC (CABAL) RESPONDS TO MY THINKING, TALKING, & DOING IN CORROLATION TO FINDERS/ANZI VERSION OF THIS KNOWLEDGE, IVE CONCLUDED THAT CONSPIRACY AGAINST PEOPLES RIGHT(S), THE THOUGHTS OF THE CONSPIRATOR/OPPRESSOR AGAINST MYSELF - A REAL SIC IS THE REASON WHY IM FIED. I FIND IT DISGUSTING THAT THESE PEOPLE ARE EVER CONCERNED ABOUT WHO IS ONE (SIC), especially


PG3

# CLAIM 1

IF THE PERSON IS BLACK. THESE PEOPLE 'GET BACK' AS IN BLACK PEOPLE, HOWEVER WITH ME WHAT I DONT GET BACK IS THE TIME TAKEN FROM ME OUT OF MY LIFE. WHAT 'THEY' PRETEND TO NOT KNOW, ALTHOUGH THEY TEACH EMPIRICAL PRACTICES & RESULTS AT 805 SW BROADWAY WHERE THE USSS IS LOCATED, IS THAT CHILDREN ARE ALSO 'BACK' BECAUSE THEY CAME BEFORE ADULTHOOD, & THAT TARGETING BLACK BECAUSE IT CAME BEFORE WHITE COULD MAJESTICALLY AFFECT THE STATISTICS AT THE CENTRE FOR MISSING & EXPLOITED CHILDREN, AND MANY OTHER STATISTICS ASWELL. THE PEOPLE THAT PLAY WITH THIS SORT OF SCIENCE ARE USUALLY ALL WHITE & INFERIOR & KNOW THEY DO SO IN THE NAME OF BLACK PERSON WHO WOULD BE SIC & IS 10 DOWN IN ANCIENT THEORY IN THE ESOTERIC WORLD UNLESS 'THEY' HAVE OR CAN CONFIRM A PERSON LIKE THAT EXSISTING SOMEHOW. 'THEY' UNDERMINE & MACH SUCH AN ESOTERIC PRACTICE ON PURPOSE WITH THE POPULATION UNAWARE IN THE NAME OF SUCH A PERSON & EXSISTENCE SO THEY MAY TURN AROUND AND DEPRIVE OF LIFE THE PERSON THEY KNOW WHO IS ONE WHILE MENTALLY PRETENDING THAT THAT PERSON IS RESPONSIBLE FOR THEIR IMMORRAL ESOTERIC SCIENTIFIC PRACTICES BECAUSE THAT PERSON IS BLACK & THEIR INFERIOR & WONT TAKE DIRECTION FROM THE BLACK ONE TO NOT DO ANY OF THEIR PRACTICES THE WAY THEY DO THEM EVER AGAIN. TO THE INFERIOR PERSON THE PERSON BIAS PRACTICES & RACISM SECRETLY CONTINUES TO EXSIST IS

pg4

# CLAIM 1

BECAUSE BLACK PEOPLE SEIZE TO EXSIST. THE HARD
TRUTH FACT IS IS IF WHITE PEOPLE WOULD QUIT
TEACHING THEIR KIDS HOW TO BE A PIECE OF SHIT
IN A FREE SOCIETY THATS INCLUSIVE OF ALL AND/OR
BE RESPONSIBLE & STOP HAVING CHILDREN THEN
RACISM & BIAS PRACTICES WITH ITS CORNY ASS
SIGNATURE WOULD SEIZE TO EXSIST. INFERIOR
PEOPLE ARE TRIPPLE AAA BATTERIES THAT CANT
CANT DO ART (2) & NEITHER COULD ADOLF HITLER.
IGNORANCE BREADS IGNORANCE. HATEFUL PEOPLE HURT OTHERS.
LEANN MARIE HAGON BEFORE SHE DIED ONCE TOLD
ME SHE HATED RED HAIR. THAT IS BECAUSE SHE
KNEW THAT SARA VITALE IS ON AIR (phone) THOUGH
SHE IS NOT ONE SHES JUST IN ONE & IN ART
AND IS ACTUALLY A THREE (THE WAY NAZIS SHOW 3).
SHE IS ON AIR IN MY ONE CLANDESTINELY
AS IF SHES AN "OTOM" OR ENTITY THAT INFERIOR
PEOPLE IN ANZI/FINDERS IN LAW ENFORCEMENT
REAL WORLD "ART" PROJECT WILL FOLLOW BECAUSE
SHE AN INFORMANT AND INVESTIGATE, SETUP, OR FRAME
WHO EVER SHE IS CONNECTED TOO IN PERSON
OR ON AIR (phone) WHO THESE PEOPLE WOULD
CALL PRETEND IS 'THE' SOVEREIGN THAT IS SIC.
THE BEST WAY TO FIND OUT IF FINDERS & ANZI
PROJECT REALLY EXSISTS IS TO GIVE A POLY GRAPH
AND/OR SODIUM PENTOTHOL TO A SUSPECTED ANZI
INFORMANT BECAUSE THATS ALL THEY USE IN PORTLAND,
SOMEONE COULD ALSO CONFIRM IF AIR EXSISTS & WHAT IT IS.

CLAIM 1

p95

INFERIOR PEOPLE REFER TO THEIR OWN KIND AS
THE NEIGHBORHOOD, THE COMMUNITY, THE PUBLIC, etc. etc.
WHEN THEY FEEL OUTED THEY SAY "THERE GOES
THE NEIGHBORHOOD..THE UNITED STATES.. AMERICA" etc. etc.
INFERIOR PEOPLE LIKE THIS ARE THE EVIL UN OUTTED
& EXPOSED SECRET WOVEN INTO THE FABRIC OF
AMERICAN SOCIETY OVER THE CENTURIES. THE LAST
UNKNOWN EVIL. THEY BELIEVE WITHOUT THEM ALL IS LOST.
AMERICAS MOST EMBARASSING DIRTY LITTLE SECRET.
"EXCUSE ME, CORRECTIONS OFFICER I NEED SOME PUSSY
TO EASE THE PAIN FROM THESE INJURIES IVE SUSTAINED
IN LAW." THESE OFFICIALS IN PORTLAND OREGON ARE SO
MORALLY CORRUPTED THAT THEY USE THEIR POSITIONS OF AUTHORITY
IN LAW ENFORCEMENT & THE JUSTICE SYSTEM TO LEGITIMIZE
ACTUAL & OTHERWISE CRIMINAL CONDUCT SUCH AS
KIDNAPPING TECHNICALLY AFTER CONSPIRITORIAL CONVERSATIONS
WITH INFORMANTS & EACHOTHER & IMPROVING OFF OF
EACHOTHER & THE ENTITY BEFORE THEM AS THEY HAVE
MANUFACTURED A FRIVOLOUS CASE THAT IS INTELLIGENTLY
CONTROLLED WITH AN INFERIOR RESULT WITH NO HOPE
FOR THE INCOMPETENTLY ACCUSED.
PORTLAND POLICE DETECTIVE BARBARA GLASS OF FINANCIAL CRIMES
DIVISION HAS ALWAYS KNOWN WHO SARA VITALE IS &
WHAT SHE DOES THOUGH SHE IGNORES HER CRIMES, WHICH ARE
COUNTLESS FELONIES RANGING FROM IDENTITY THEFT TO DRUGS
& WEAPONS POSSESSIONS BECAUSE SHE CONTINUOUSLY NOW
WFERNS ON THE BLACK COMMUNITY HAVING ALREADY EXHAUSTED

P96

# CLAIM 1

ALL WFORMING IN THE WHITE COMMUNITY (WHITE CHRISMAS), THE LATINO COMMUNITY (BUENO INVESTIGATION) & NOW THE BLACK COMMUNITY (ERAS-1ST INVESTIGATION). THE COLOR LADDER. THE 'CABAL' BUSINESS FOR THE WHITE SUPREMACY IN THE UNITED STATES IS CONSPIRACY, HARRASMENT, KIDNAPPING, & UNLAWFUL IMPRISONMENT FOR FRIVOLOUS SPECULATIVE & CIRCUMSTANTIAL CASES BY OFFICERS & DETECTIVES & PROSECUTORS WITH NO MORAL COMPASS. ALL DICTIONARYS SHOULD CHANGE THE DEFINITION OF THE WORD 'FINDERS' SO THAT IT DOESN'T HAVE THE WORD 'ONE' IN IT SO REAL WHITE SUPREMISTS DON'T THINK THAT THEY'RE ONE (SIC), WHILE PRETENDING TO BE SOMETHING THAT THEY'RE NOT & NEVER HAVE BEEN & NEVER WILL BE. ALL THEY TRY TO DO IS WILL IN THE OPPOSITE & REVERSE OF NATURAL LAW. THEY GIVE THEIR CHILDREN THE DISADVANTAGE OF KNOWING ABOUT 1/2 & USING THE KNOWLEDGE BIASLY & PREJUDICIALLY. THE US. GOVT THROUGH ITS USSS, FBI, CIA, & LOCAL LAW ENFORCEMENT MAINTAIN A PRESENCE THROUGH CONTINUOUS OCCUPATION OF PEOPLE WITH THE KNOWLEDGE OF 1/2 OVER THE DECADES; WAITING FOR THE DAY A BLACK MAN WOULD BE ENLIGHTENED TO SPECIFIC CELLESTIAL UNDERSTANDING & TRUTH & "1/2"; SO THAT "THEY" CAN MOVE IN ON THAT PERSON & DO WHATS IN THEIR NATURE. FRAME HIM, & PICK AT HIM HOPING THE BLACK MAN WOULD BREAK A LAW SO THEY COULD CHARGE HIM. THE UNITED STATES SECRET SERVICE & FBI & PPB IN OREGON ARE RACIST AS A MOTHERFUCKER. SO IS THE US ATTORNEY

pg7.

# CLAIM 1

FOR OREGON. ANZI INFORMANTS HAVE INFORMED
ME OVER THE PAST 10 YEARS THAT THEY'RE ULTIMATELY
USSS INFORMANTS THROUGH LOCAL LAW ENFORCEMENT
& FBI. THEY ALL PRETEND TO BE ONE (SIC) & DO '2'
AGAINST BLACK PEOPLE. THE FACT IS, IS THAT AERIAN
ALL WHITE PEOPLE ARE GOING TO ONE DAY BE
EXTINCT ON THIS PLANET. THE WAY IM MYSTERIOUSLY
TREATED OR MISTREATED & TARGETED BY LAW ENFORCEMENT
& THE PROSECUTORS OFFICE IN OREGON IS THE MYSTICAL
(CABAL) VERSION OF LIKE HOW CONGRESS GAVE PRES. OBAMA
A HARD TIME & HOW US. SENATORS GAVE JUSTICE JACKSON
A HARD TIME DURING HER CONFIRMATION HEARINGS.
TO THE BIGGOT(S) ON "AIR (Phone)", YOUR WORLD REVOLVES
AROUND ME & IM IN YOUR WORLD WHILE YOU'RE ON
MY PLANET (LAND) IN MY ART. MY MOTHER, YOLANDA
WILLIS, AFTER HAVING BEEN APART OF THEIR "DETAIL" OR
SYNTHETIC SIC/CABAL LIFESTYLE, TOLD ME THAT THEY
WERE ALL RACIST & CORRUPT COPS. THE WORD "DETAIL"
IS A SECRET SERVICE WORD. THE MALES IN ANZI
PROJECT ARE ALL SMALL DICK, BITCH MADE, ENVIOUS
& JELOUS, PREJUDICE BIGGOTS THAT FEEL INFERIOR
TO ME; SO I ALREADY GOT THE BEST OF THEM
& THEY ALL LIE ON THE AIR (PHONE). THE
WOMENS PUSSYS SALIVATE JUST KNOWING THAT IM
THE REAL ONE; A REAL SIC. THE ONLY EMPIRICAL
COMING FROM OREGON, (PORTLANDS IN ART) IS A
MANIFESTATION OF SOMETHING TO DO WITH ALL GATE

pg.8

# CLAIM 1

PROGRAMS AT THE CIA. THEY IN OREGON, BEING SIC IN BROED PPB, FBI, & USSS; CLAIM TO BE VITALE'S INFORMANTS ON STEVENS PHONE (AIR). WHITE PEOPLE ARENT EVEN SUPPOSE TO KNOW ABOUT 1/2 HOWEVER THEY DO, PUTTING THEMSELVES IN ONE (WILLIS, STEVENS) WHERE THEY SHOULDNT BE. THEY ARE SUBJECT TO THE EFFECTS OF SIC ART, "YOUR ROOTS, YOUR SPROUTS, YOUR ROOTS & YOUR SPROUTS". RACISTS, INFERIOR, ENVY, JELOUS W.S. ARE INCAPABLE OF CHANGING. THEIR WIVES HAVE TO BE THE SILLINEST BITCH WHORES TO MARY PEOPLE SUCH AS JASON ANDERSON, CRAIG GAULT, MICHAEL WIGHT, VARIOUS AGENTS & SO FORTH. SARA VITALE IS THEIR NUMBER ONE RAT/SNITCH, UN-CONSTITUTIONAL COMBATANT BITCH WHORE WHO IS ON AIR (PHONE) & IS FROM 'FINDERS' & IS AN ANZI INFORMANT WHO LIVES @ 4313 N. KIRBY. ALL SHE DOES IS SMOKES & SHOOTS METHAMPHETAMIN & HEROIN & HAS INFORMED THE P.P.B. BRULD SQUAD ABOUT EVERY BLACK PERSON & DRUG DEALER AROUND HERSELF, IN WHICH LOCAL PROSECUTORS COULD SECRETLY INDICT AT ANY TIME. THE LAW ENFORCEMENT THAT WORKS IN "ART" IN OREGON ARE THE DOMESTIC ENEMY THEY SWORE TO PROTECT US ALL FROM. THEY ARE LITERALLY TRAITORS OF THE UNITED STATES THROUGH INDIVIDUAL CITIZEN THEY USE

Pg 9

# CLAIM 1

ANZI (NAZI) INFORMANTS TO SPY ON BLACKS &
OTHER MINORITIES WITH, APPARENTLY, SARA VITALE,
OLGA, MELINNA BENIVITAZ & ALL OF THE USS AGENTS, FBI
AGENTS, & PPB OFFICERS THAT WORK IN THAT AGRIEGOUS
"ART" PROGRAM AGAINST THE CITIZENS OF THE US,
IN PORTLAND, ALL SAID THEY KNEW ME ON THE
'AIR (PHONE'). BECAUSE IM BLACK, A REAL ONE (SIC) &
THEY ARE ALL RACISTS WHO ARE INFERIOR TO MY
STATUS & KNOWLEDGE & EXPERIENCE, I AM, & IT IS,
A CONTINUOUS ONGOING EVENT WITH ME
IN MY LIFE, BECAUSE IM ONE & A SOVEREIGN CITIZEN
OF THE UNITED STATES OF AMERICA. ALL THEY ARE
ON AIR (phone) HERE IN PORTLAND, & OREGON IS
TERRORISTS & TERRORISTIC THREATS. A REAL
PROFESSIONELLE (STG) SECURITY THREAT GROUP.
DET. CRAIG GAULTS SISTER & WIFE BOTH WROTE ME LETTERS
DESCRIBING HOW THEY WANT TO SUCK MY COCK.
SPECIAL AGENT KEARNANS WIFE & CHIEF INSPECTOR
OF FPS, IN PORTLANDS, WIFE WROTE ME LETTERS
SAYING THE SAME THING, THE OFFICERS & AGENTS
FROM FINDERS IN ANZI PROJECT KNOW THAT IN ORDER
FOR THAT PROJECT TO WORK, THE PARTICIPATOR HAS
NO INTEGRITY, NO MORAL COMPASS, UNETHICAL WORK PRACTICES,
NO REGARD FOR CIVIL LIBERTIES OR THE US. CONST.,
& NO REGARD OR REMORSE FOR THE EFFECTS OF THEIR
AESTHETIC LIFE STYLE & DISCRETION. OLGA'S PUSSY
IS SO NASTY, THAT MEN GET STREPTHROAT &

Pg 10

# CLAIM 1

BRONCHITIS SYMPTOMS WITH SWOLLEN NYMPHLOADS JUST BY PUTTING THEIR OWN DICKS NEAR HER HIV SYPHILLUS INFECTED PUSSY. AND SHE HAS THE NERVE TO PASS METH PIPES, OFFER ORAL SEX, BE AROUND CIVILIZED PEOPLE, W/ HER LIPS CRACKED & BLEEDING WHERE NO A&D OINTMENT HAS EFFECT, AND SHE HAS THE NERVE TO TALK TO PEOPLE FACE TO FACE W/O A MASK ON OR PERMISSION, " NASTY UGLY GREESY BITCH. THE WHITE MAN THATS ON THAT 5 LEFT. (CONSPIRACY, TRAITOR, ADULTERER, LIAR, THIEF) DOING 2 WERE ALREADY PRE-ENSLAVED IN THE MIND, PERSONALITY & CHARACTER & PRACTICE. THEY WERE BORN, RAISED & TAUGHT THEIR OWN IDEOLOGY & MIS-EDUCATED/MISGUIDED UNDERSTANDING OF HOW THE MYSTICAL WORLD ACTUALLY WORKS. THIS SECRETLY MADE THEM IN-SERVICE TO A BLACK MAN THEY CANNOT C/SEE. THEY JUST DIDNT KNOW, COULDNT REALIZE IT, & STILL DONT UNDERSTAND IT. BLEW THEIR ENTIRE BELIEF SYSTEM AWAY. THE KNOWLEDGE OF MY EXISTENCE UPON THE PEACE OF MIND & FALSE BELIEF IN THEIR MINDS IS A GLICH INTO THEIR MINDS. THEY CAN STOP LYING TO THEIR CHILDREN, EACH OTHER, THEIR LOVED ONES, FRIENDS & COLLEAGUES, & ESPECIALLY THEMSELVES & ACCEPT THE TRUTH, THEY LIVE IN MY WEB & I'LL ALWAYS BE ONE, SIC, DOWN, & THE SOVEREIGN & HAVE ALL THE REAL OPTIONS, THE UNITED STATES IS A

Pg 11

# CLAIM 1

FREE SOCIETY. FINDERS W/ ANZI PROJECT DETAIL etc.
ARE THE SECRET ENEMY WITHIN OUR BORDERS CONSPIRING
AGAINST OUR CIVIL RIGHTS WITH THE USE OF
AGENTS OF LAW ENFORCEMENT, FOR ALL THE
DISCONNECTED WHITE PEOPLE ON & OFF AIR (Stevens
Phone), AWSOME IS NOT SIC. ITS SO PITIFUL THAT
THE PEOPLE ON STEVENS PHONE (AIR) ALL CONFESSED TO
RUNNING ANZI PROJECT & BEING WHITE SUPREMISTS.
WHATS EVEN MORE STRANGE IS THEY BELIEVE
THEMSELVES TO BE A MAN & SOVEREIGNS.
THE WAY YOU KNOW OREGON & PORTLAND IS
WHITE SUPREMACY IS THAT LAWYERS WILL NOT
REPRESENT OF A BLACK PERSON IN A CIVIL
LIBERTIES SUIT, especially in a clear violation
against LAW ENFORCEMENT.
I REALLY SAW A COBALT COLORED LIGHT AROUND
MY FEET & THE OTOM. TO WHITE SUPREMASISTS
IN LAW ENFORCEMENT, IM THE BIGGEST CATCH
OR ACCOMPLISHMENT THEY'LL EVER HAVE IN THEIR
LIVES. DET. MICHAEL WIGHT HAS HAD SEX WITH
OLGA & SARA VITALE. THEY CALL THIS MESHING.
SARA VITALE & MELINA DEN, HAVE HAD SEX WITH
MULTIPLE OFFICERS & DET.(S) TO NOT GET THEIR
CHARGES. MELINA BONNEVITAZ STOLE YOLANDA WILLIS'
IDENTITY & WROTE BAD CHECKS COMMITTING
FRAUD & YOLANDA WILLIS DIDNT GET JUSTICE
FROM BEAVERTON P.D. THERE IS NOT A

pg 12

# CLAIM 1

SINGLE WHITE PERSON IN FINDERS, ANZI PROJECT, OR
IN THE UNITED STATES WITH MY EXPERIENCE & TRUTH
& NONE HAVE AN "OTOM, FOR A GOOD GODDAMN
REASON, ALL THIS SACRED ESOTERIC KNOWLEDGE, SIC
& EXPERIENCE IS A BLACKMANS TRUTH. WHITE PEOPLE
AREN'T SUPPOSE TO KNOW ANYTHING ABOUT WILLIS.
ALL THESE PROBLEMS ORIGINATE FROM THE
USSS. ULTIMATELY, 10 DOWN, SIC, ONE, OTOM(S),
etc. etc., WILL NEVER WORK FOR FINDERS, ANZI
PROJECT, OR WHITE SUPREMACY, CRAIG GAULT,
MICHAEL WIGHT, MEREDITH HOPPER & JASON ANDERSON
ARE THE WORST & MOST INCOMPETENT DETECTIVES
IN THE HISTORY OF P.P.B. EVERYONE KNOWS
I FILE THESE SUITS TO GET HELP WITH
BEING HARASSED & KIDNAPPED BY PPB & OTHER
AGENCIES JUST FOR TELLING SARA VITALE,
AN ANZI INFORMANT ABOUT POLICE CIVIL
LIBERTIES VIOLATING PRACTICING.
SINCE THE GOVT. WANTS MY PRIVATE BUSINESS
IN SIC (CLEAR) AS ONE TO BE THERE PERSONAL
CONCERN, THEY CAN ALL SUCK MY BIG
BLACK DICK. AND TELL THEIR WIVES &
DAUGHTERS TO STOP FINGER FUCKING THEMSELVES
TO THE THOUGHT OF ME AS A REAL ONE.
EVEN GEORGE WASHINGTON & THE FOUNDING
FATHERS WERE PEDOPHILES & SLAVE HOLDERS.
THERES NO SUCH THING AS BEING IN WASHINGTON

pg 13

# CLAIM 1

THERE'S NO SUCH THING AS BEING IN ONE, IN ART,
IN WILLIS, IN etc, etc. THE REASON FINDERS &
ANZI CAN'T BE ONE OR HAVE AN OTUM, OR
CLAIM THEY'RE SIC IS BECAUSE THEY HAVE
COUNTLESS BLEMISHES ON THEIR OWN CHARACTER.
STEVEN WILLIS IS THE ONLY ONE THAT MADE IT
INTO SIC, AND THERE'S LOTS OF EVIDENCE OF IT.
WHY WAS YOLANDA WILLIS, AN OFFICE WORKER
AT THE FOREST SERVICE SENDING THE CIA MAIL?
WHY DO WHITE PEOPLE ON STEVENS 'AIR' (phone) PRETEND
TO BE BLACK, IN ONE, & COPY EVERYTHING I SAY?
THESE CROOKED ANTI-AMERICAN OFFICIALS WILL ALWAYS
WONDER IF & WHEN ANY OF THEM OR THEIR FAMILY
GETS ON A PLANE, IF ITS GONNA CRASH.
WHEN WILL THE U.S. GOVT & LAW ENFORCEMENT STOP
USING A CLANDESTINE SECRET WHITE SUPREMIST
SOCIETY CALLED FINDERS IN ALL TYPES OF
CAPACITYS & AS MEDIUMS TO CITIZENS TO
CONSPIRE AGAINST THEIR LIBERTYS? WE ALL KNOW
EVERYBODY IN FINDERS, ANZI, & ON 'AIR' (Stevens Phone)
ARE ALL GERMAN 3's, SLEEPLESSLY DOING 2
(ART) AGAINST A ONE (MYSELF). HAIL HITLER?
I HAVE YET TO FIND ANY GOVT. OR LAW ENFORCEMENT
PERSON WITH ANY MORAL INTEGRITY IN PORTLAND
OREGON, BEAVERTON OREGON, etc. ALL THE 'U' PEOPLE
IN OREGON ARE WHITE SUPREMISTS. THEY FRAME PEOPLE
& CONDUCT THEIR DUTIES WITH NO MORAL INTEGRITY.

Pg14

# CLAIM 1

THEY ARE MASTER CONTROLLERS OF LAW ENFORCEMENT
& THE JUSTICE SYSTEM IN MULTNOMAH COUNTY.
THEY ARE THE USSS. (US-SS) • the US with no
dots is JUST-US & the second set of S's in secret
service are for NAZI GESTAPO COPS, secretly.
EVERYTIME 'THEY' HAVE ME SEE/C, HEAR, KNOW, OR
EXPERIENCE THEIR "WAY", THEN ITS LOAFED AS HAVING
NO EMPIRICAL OR MYSTICAL EFFECT WHATSOEVER.
IT IS ALSO WEIRD AS FUCK FOR MY MOTHER WHO
IS BLACK TO BE WILLING TO GET ME IN TROUBLE
WITH WHAT SHE KNOWS TO BE A BUNCH OF
RACIST COPS. THOUGH SHE ALSO TOLD ME THAT
EVERYBODY IN ANZI ART PROJECT KNOWS THAT
ITS RACIST & PURPETRAITED BY THE FEDERAL GOVT.
AND HAS BEEN CONFIRMED BY PEOPLE IVE
INTERVIEWED. ALTHOUGH EVERYONE ON 'AIR'(phone)
REFER TO IT AS A "YO" PHONE, WHICH IS MY MOTHER
YOLANDA'S NICK NAME WHO IS NOT ON AIR AT ALL,
I AM ON 'AIR'(phone) WHERE ITS SECRETLY KNOWN
AS STEVENS 'PHONE'(AIR), AND THAT I AM YO's
ONLY SON, EVERYONE RATS BACK & HEARS ONLY
ME & NOT (YO)LANDA AS IF ITS GONNA CHANGE.
IT SPEAKS WONDERS OF ITSELF FOR THE FBI, USDOJ,
& ODOJ TO IGNORE SO MANY UNPRECEDENTED SUITS
KNOWING THEY'RE A DESPERATE CRY FOR HELP TO THE
FBI & USDOJ ABOUT RACIST PPD. DET(S) HARASSING
& ALWAYS TRYING TO FRAME ME & ARRESTING

Pg 5

# CLAIM 1

ME FOR CRIMES I HAVENT COMMITTED; TO HAVE THE FBI & USDOJ & ODOJ IGNORE MY LETTERS; & THE FBI AGENT NATHAN VASCONTI REMINDING ME THE FBI. WILL NOT HELP ME WITH CIVIL LIBERTY VIOLATIONS WITH A SMILE ON HIS FACE, THE US & STATE GOVT & LE. IN OREGON & IN PORTLAND PUT INTO REAL WORLD PRACTICE VIOLATIONS OF THE PEOPLES CONSTITUTIONAL RIGHT(S), VIOLATIONS OF 1233-3, IGNORE THE EMANCIPATION PROCLOMATION, IGNORE THE CIVIL RIGHTS ACT & PRAY UP THE MINORITY POPULATION FOR PERSONAL AESTHETIC SATISFACTION; AS IF PURGING THE BEAST WITH IN, THATS WHY THEY LEIFED THE PHONE OR AIR MY MOTHERS NICKNAME & TAUGHT HER THAT BULLSHIT THAT IS INCORRECT HOW THE REAL THING WORKS, SO THE SAME PEOPLE FROM FINDERS IN ANZI PROJECT CAN CONTINUE THEIR ENDEAVOURS & RACISM AS USUAL; BELIEVING THEY DOMINATE THE AIRWAYS. WITH YOLANDA AS THEIR SECRET CONCEPT OF A ROYAL SIC CABAL SOVEREIGN / OR A REAL ONE; AS THEY CONSPIRED AGAINST HER ONLY SON. I.E. & GOVT, ARE NOT EVEN SUPPOSE TO KNOW ABOUT SIC, ONE, MYSELF, OR ANYTHING THAT IS CELLESTIAL OR OF MY BLACK SELF BECAUSE OF WHATS IN THEIR NATURE. OLGA & SARA CAGEL WERE USED BY LE. TO OBTAIN INFORMATION ABOUT ME SO THAT THE CORRUPTEDS COULD FLANK

pg 16

# CLAIM 1

ME, I AM SO PISSED OFF THAT FINDERS & ANTI PROJECT & THEIR SYMPETHIZERS KNOW WHO & WHAT I AM. THEIR UNDERSTANDING OF ME ON 'AIR' IS THAT THEY'VE INTEGRATED ME & USE ME; & THE KNOWLEDGE, WITHOUT MY CONSENT & AGAINST MY WILL; TO FURTHER THEIR OWN PRACTICES, JUSTIFY IT, & ANNOY ME & THREATEN ME THE ENTIRE TIME. U PEOPLE ARE ALWAYS ANNOYING. THE ONLY FUTURE INFORMANTS HAVE IS TO SUCK MORE DICK & GET GANGBANGED AGAIN LIKE THEY ALL DID EARLIER IN THEIR LIVES. I COULD PLEASE & SEX THE WOMEN OF FINDERS CONTINUOUSLY STARTING WITH AROUSING THEIR MINDS WAY BETTER THAN THEIR MEN COULD, REALLY BECAUSE I'M A REAL ASS NIGGA. THE CIA IS THE LARGEST CHILD TRAFFICKING & HUMAN SEX TRAFFICKING SERVICE IN THE ENTIRE WORLD. JUST FYI, ALL LANGUAGE ON STEVENS 'PHONE' (AIR) HAS NO EFFECT OF ANY KIND WHATSOEVER. ALL THE PEOPLE IN FINDERS & ANTI PROJECT ARE BASICALLY JUST LIKE ALT-RIGHT IDIOT RICHARD SPENCER. ITS PEOPLE JUST LIKE RICHARD SPENCER LITERALLY ON THE 'AIR' (PHONE) IN OREGON. AND THEY WORK AT THE USSS., F.B.I., P.P.B., etc. THEY ALL THINK THEY KNOW IT ALL, AND THEY ALL THOUGHT THEY KNEW IT ALL. THEY ALL HAVE THAT STUPID SMILE ON THEIR FACES. THE LOOK OF AN IGNORENT, STUPID, ARROGANT, SELF-RIGHTEOUS, SELFISH, ENVIOUS, JELOUS INCOMPLETE FOOL THAT IF ONLY THEY KNEW THE TRUTH, THE TRUE TEST OF THEIR CHARACTER

pg 17

# CLAIM 1

WOULD BE TESTED. THEY DON'T DO 2 ACTUALLY, THEY'RE JUST IN THE REAL 2. MELINNA BENNEVITAZ, ANOTHER SUSPECTED INFORMANT, USES METHAMPHETAMIN REGULARLY THAT SHE GETS FROM HER BOYFRIENDS & USES IT IN THE PRESENCE OF HER CHILDREN. 5 & 14. SHE STAYS UP LATE & PARTYS GETTING DRUNK ON FOUR LOKOS & METH. SHE ENJOYS COMMITTING IDENTITY THEFT & FRAUD/CHECK FRAUD & IS ABLE TO STAY AWAY FROM COURTS & ARRESTS AS LONG AS SHE SNITCHES/RATS/INFORMS ON DRUG DEALERS TO BEAVERTON POLICE OR WHICH EVER AGENCYS JURISDICTION SHE LIVES IN. SHE'S ALSO BEEN SEEN ALLOWING HER BOYFRIENDS TO BEAT OR PUNISH HER CHILDREN TO THE POINT THEY HAVE MARKS LEFT ON THEM. ITS SO FUNNY, BUT NOT SHOCKING HOW ME BEING SIC BROUGHT OUT THE WORST IN PEOPLE WHO KNEW. ALL OF THIS REALLY DISPLAYS ACTS OF EVIL BY THE ENTITYS & PERSONS INVOLVED. THEY ALL KNOW I LITERALLY CAN'T RAT BACK. THUS I HAVE THE OTOM(S). THEIR UNDERSTANDING OF ANYTHING SACRED & ESOTERIC IS ALL FUCKED OFF. WHAT THEY KNOW & HOW THEY KNOW IT IS EXACTLY HOW IT DOESN'T WORK & ISN'T CORRECT THE WAY THEY KNOW IT. THIS IS COMING FROM A FIRST HAND UNDERSTANDING AS A REAL SIC. NO MATTER WHAT, I'M STILL THE ONLY BLACK PERSON WHO IS ON THE 'PHONE' (AIR), WHO IS DOWN, WHO IS BACK, & WHOSE IN WORLDWIDE.

pg 18

# CLAIM 1

THE SAD THING ABOUT OREGON & PORTLAND IS, THE PERCIEVED PERSONALITY(S) OF ALOT OF L.E. & LAWYERS REMINDING A PERSON OF THE ARROGANCE & ETHICS OF SOMEBODY LIKE ALT-RIGHT LEADER RICHARD SPENCER. IF RICHARD SPENCER HAD 10,000 CLONES & WORKED IN L.E. & THE JUSTICE SYSTEM, THAT WOULD MAKE UP THE L.E. & JUSTICE SYSTEM IN OREGON & PORTLAND. IMAGINE A BUNCH OF RICHARD SPENCER MENTALITY(S) ON & OFF STEVENS PHONE (AIR); MEN & WOMEN, PRETENDING TO RUN THE STREETS (the life) OF PORTLAND & ITS L.E. COMMUNITY ASWELL AS ITS JUSTICE SYSTEM AS IF ITS LIKE A SIM CITY; PRETENDING TO BE A SHADOW GOVT. ALTHOUGH THEY'RE MIDDLE CLASS CITIZENS WITH NO MORAL INTEGRITY & WHEN IT COMES DOWN TO IT, THEY ARE ALL REALLY SCARED OF THE "LIFE", POTENTIAL RETALIATION FROM CIVILIANS IF THEY FOUND OUT & BELIEVED IT. JUST A BUNCH OF BITCH MADE PUNKS WHO WOULD NEVER BE ABLE TO WALK MAINLINE IN ANY PRISON. AND ITS ALL DONE FOR SPORT, THE FACT OF THE MATTER IS, IS THAT IF THESE PEOPLES PARENTS HAD BEEN RESPONSIBLE & HAD VASECTOMY(S) OR HYSTERECTOMY(S) THEN MORE IGNORANCE WOULDN'T HAVE BEEN BREAD, THESE INFERIOR PROFESSIONALS W PORTLAND OPENLY SPEAK TO EACHOTHER ONLY ABOUT PEOPLE THEY TARGET (also with use of their own informants) & ESP. THOSE THAT EVEN SUSPECT ANY TYPE OF CORRUPTION OR BIAS PRACTICES.

pg 19

# CLAIM 1

I JUST RECENTLY LEARNED THAT DDA, ERIC PALMER
WANTS ME LABELED AS A DANGEROUS OFFENDER
IF I LOST MY TRIAL & INTENDED TO SEEK
POTENTIALLY ALOT OF TIME. ALL THIS FOR WALKING
DOWN A STREET THAT IS PERPENDICULAR TO
THE BUSINESS @ 4834 N. HUMBOLDT STREET
AROUND A TIME THAT BITCH MARY BETH ECKHARTS
BUSINESS CAUGHT ON FIRE. THE ENTIRE DETECTIVES
DIVISION AT THE PORTLAND POLICE BUREAU ARE ALL
LIKE RICHARD SPENCER PERSONNA. WITH THESE PEOPLE
DOING THOSE JOBS, THE CITIZENS ARE NOT SAFE.
THE DETECTIVES HERE & PATROL OFFICERS THAT
ARE WHITE SUPREMISTS ARE INFACT HOMICIDAL.
THEY GOT AWAY WITH IT BACK IN 2016 WHEN
THEY SHOT AN UNARMED BLACK MAN & DIDNT GET
CHARGED. 'THEY' ARE FUNNY STUPID. 'THEY' WANTED
ME TO SOMEHOW FIGURE OUT THAT I NEEDED
TO LEARN ANZI PROJECT FINDERS ON AIR SO
THEY CAN SEE IF IT MAKES GLASS, YALL'S
CIA, USSS, FBI, PPB "MEDIUMS" & "AGENTS OF" ARE
FUCKN STUPID & RETARDED. NEVER IN MY LIFE
WOULD I EVER DO ANYTHING TO AID OR SUPPORT
FINDERS, ANZI PROJECT, WHITE SUPREMACY, etc. THESE
PEOPLE NEED TO ACCEPT THE FACT THAT THEYLL
NEVER BE ONE. ITS NOT WIDELY KNOWN THAT PEOPLE
ON 'AIR'(STEVENS PHONE) HAVE ACTUALLY BEEN ABDUCTED
BY OTHER LIFE FORMS POTENTIALLY. EVERYONE KNOWS

pg 20

# CLAIM 1

IT HAS BEEN MY 'PHONE (AIR) THE ENTIRE TIME.
NO MATTER WHOSE NAME THEY CALL THE 'PHONE (AIR)
ITS STILL MINE OBVIOUSLY AS IM ALWAYS ON IT
EVEN WHEN I SLEEP. U CANT TAUNT OR EGG ME
ON. I WOULDVE DID THAT SHIT REGARDLESS. AT
LEAST PEOPLE WITH MORAL INTEGRITY WHO KNOW
ABOUT ME & THE AIR, AND THE PEOPLE IN
WASH. D.C. KNOW THE FEDERAL STAFF & L.E.
STAFF IN OREGON ARE FUCKED THE HELL UP.
THEY'VE SHOWN THE ESOTERIC WORLD JUST HOW
EVIL THEY'VE BEEN TO THE INNOCENT CITIZENS
UNDER OUR CONSTITUTION, BELIEVING IT HAS
OR HAD SOME MYSTICAL EFFECT ON THE REST
OF THE MINORITY CITIZENS ACROSS THE UNITED
STATES. I WAS ALREADY ON THE 'PHONE (AIR)
BEFORE I WAS EVER EVEN ARRESTED. MY SITUATION
IS AN IMAGINARY OFFENSE WITH A MODERN DAY
HANGING IN THE COURTROOM BY PEOPLE WHO KNOW
HOW TO MANIPULATE & CONTROL THE PROCESS. OBVIOUSLY,
INTELLECTUAL TERRORISTS IS WHAT THEY ARE. THE
'PHONE (AIR) IS NOW INTEGRATED & NOT SEGREGATED.
ALL ARE EQUAL ON THE 'AIR (PHONE), BUT NOT
EQUAL TO ME. DUH!! ALSO FROM MY UNDERSTANDING
THAT GOVT. 'LOCAL & FEDERAL,' ON & OFF 'STEVENS PHONE' (AIR),
ARE SECRETLY SUPPORTERS THROUGH PRACTICE OF THE A.N.P.
THE AMERICAN NAZI PARTY. 'FINDERS' ARE A BUNCH OF
EGOTISTICAL, ARROGANT, IGNORANT, CIVIL RIGHTS VIOLATING BUGABOOS.

pg 21

# CLAIM 1

WITH ALL THE TIME THE GOVERNMENT WANTS OUT OF
ME, MY MOTHER, YOLANDA ANNE WILLIS OF OREGON
WILL HAVE PASSED AWAY AS SHE IS ALREADY 56
YEARS OLD. I, BEING HER ONLY CHILD; NEVER KNOWING
ANYTHING ABOUT MY FATHER; NOT HIS NAME NOR HIS
LOOKS; YOLANDA NOT HAVING ANY SIBLINGS EITHER,
SO I HAVE NO COUSINS; MY GRANDPARENTS ALREADY,
HER PARENTS PASSED AWAY YEARS AGO; AND ME BEING
THE LAST PERSON IN MY FAMILY WITH MY LAST
NAME MEANS THAT THE "WILLIS" NAME IS OVER
BECAUSE I HAVE NO CHILDREN. THE WHITE SUPREMACY
USSS., F.BI, PPB. "WIN" AGAIN. THOUGH EVERYBODY
KNOWS ALL ABOUT THEM NOW. IT STILL STRIKES
ME HOW Z'S GIRLFRIEND CAN JUST USE
METHAMPHETAMIN & HEROIN CONSISTENTLY; COMMIT
IDENTITY THEFT FOR LAST 10 YRS OF HER LIFE; AND
JUST ALWAYS INFORM, SETUP, & FRAME PEOPLE FOR
THE FBI & PPB, AND NEVER BE BROUGHT TO JUSTICE.
SHE'S A BRAINWASHED/INDOCTRINATED PERSON WHO
HAS ALL THE SIGNS & KNOWLEDGE OF 'FINDERS' &
ANRI PROJECT. SHE IS ESSENTIALLY AN ACTIVE SPY,
OREGONS FLAG REPRESENTS THE SHOW OF 2 FINGERS
SUCH AS ST. AUGUSTINE, & THE 2 BLACK BOXES OF
THE NSA; THOUGH ONLY ESOTERICALLY KNOWN BY THOSE
THAT ARE ENTHUSIASTS OF SIC, IN 'ART' ALL THE
COURTS HAD TO DO WAS FOLLOW THE 14 AM & THEN
THEY WOULD'VE SEEN SOCIETY MYSTICALLY CHANGE FOR

pg 22

# CLAIM 1

BLACK & OTHER MINORITYS IN THE JUSTICE SYSTEMS & SOCIETY ACROSS THESE UNITED STATES. I WOULD RECOMMEND THAT THE WASHINGTON, D.C. POLICE DEPARTMENT, FBI, USSS, etc. NEVER HIRE OR ACCEPT THE TRANSFER OF ANY PERSON THAT WORKED IN A GOVERNMENTAL OR LAW ENFORCEMENT CAPACITY FROM THE STATE OF OREGON & CITY OF PORTLAND. THE SUPREMACY IN OREGON & PORTLAND HAVE AN ENTIRE OPERATION USING THE KNOWLEDGE OF 1/2 AGAINST THE PUBLICS CIVIL LIBERTYS. ANYONE & EVERYONE WHO THOUGHT THAT SHIT WAS COOL IS A DUMBASS MOTHERFUCKER WHO IS THE MOST IGNORANT SON OF A BITCH. THE POLICE IN PORTLAND SWEAT ME LIKE A SPRUNG DOG IN HEAT, ALL PEOPLE HAVE TO DO IS REPORT ANYTHING CRIMINAL TO OLGA OR SARA OR MELINDA & THEY WILL REPORT THAT TO "LAW ENFORCEMENT" RICHARD SPENCER LIKE COMMUNITY, AND THEY THEMSELVES WILL STAY FREE FROM TROUBLE BECAUSE THE INFORMANT VOUCHES FOR THEM. JUST SO EVERYONE KNOWS, I, STEVEN DAWAINE WILLIS, THE CURATOR OF eARTh, WON ALONG TIME AGO. ITS BEEN ALMOST 2 & A HALF YEARS SINCE I SAW THE COBALT LIGHT AROUND MY FEET & THE OTOM: THE TRANSPARENT LIFE FORM WITH GREEN EYES. BOOYA!! IN YOUR FUCKN FACE US GOVT. I'M ONE, AND IM A SOVEREIGN CITIZEN OF THE UNITED STATES OF AMERICA.

pg 23

# CLAIM 1

JUST F.Y.I. PEOPLE, I CANT & AM UNABLE TO
TURN THE CABAL OFF. ESOTERIC ARCITECHTURAL REFERENCE
IS THE BLACK BOX AT 200 MARKET STREET. ALWAYS
ON ONE. [SIC]. THERES NO NEED FOR OTHERS ON
STEVENS PHONE (AIR) TO ASK ME QUESTIONS AS THEY
CAN FIND ALL THE ANSWERS ONLINE NOW THAT IVE
USED THEM TO SEE/C & THE INTERNET PUBLISHED.
IVE ONLY EVER BEEN A PROPERTY CRIME OFFENDER
WITH TWO DOMESTIC VIOLENCE ASSAULT 4 ON MY
RECORD. NO VIOLENT CRIMES AT ALL. ARCHITECTURE
IS THE ONLY LANGUAGE TO READ FOR SIC (1/2).
OTHER THAN WHAT IVE PUT ON THE INTERNET. ANYONE
WHO WOULD LIKE TO PUT MONEY ON MY BOOKS
SO THAT I MAY PURCHASE A T.V. WHILE IM
IN PRISON PLEASE WAIT UNTIL IM SETTLED
IN EITHER FEDERAL OR STATE PRISON. PEN PALS
ARE ACCEPTED. THE PEOPLE ON STEVENS PHONE (AIR)
SHOULD USE THEIR OWN ADVICE ON THEMSELVES.
SHIT IM BLACK, THERE AINT NO REASON FOR 'U' TO
TALK BACK. THE REASON I DONT GIVE A FUCK IS
BECAUSE IF 'U' ARE GONNA CHARGE ME FOR A CRIME,
IT MIGHT ASWELL BE SOMETHING IM GUILTY FOR.
IT IS IMPOSSIBLE TO LEIF WITH ME BECAUSE I REALLY
AM SIC. [~] 'EVERYONE' KNOWS THAT IVE SUCCEEDED TO
THE HIGHEST ESOTERIC CIVILLIAN APPOINTMENT ON eARTh.
'EVERYONE' ALSO KNOWS I AM THE FATHER, THOUGH I
PREFER TO BE REFERED TO AS SIC DADDY. WOMEN THINK IT

pg24

# CLAIM 1

SOUNDS KINKY & SEXXY. 'THEY' BELIEVE THE
PATRIOT ACT CANCELS OUT DIR. 1233-3 & THE
CIVIL RIGHTS ACT & THE BILL OF RIGHTS IN OREGON.
THEY DID PUT INTO A REAL WORLD PRACTICE/APPLICATION
OF GOVT. DOCUMENTS WITH (1/2) & ESPECIALLY
DONE SO IN THE WHITE CHRISTMAS INVESTIGATION,
THE FBI'S ('2') SECOND LARGEST INVESTIGATION ALLEGEDLY.
HA!! 'U' SUCKERS, IM ON YOUR MIND 24/7.
WHAT IF SOMEBODY SAVED A SHIT LOAD OF DINGLE BERRIES
& MIXED IT IN WITH SOMEONES SNUFF TOBACCO.
SARA BEING WHITE SURROUNDED BY BLACKS, IS THE
INVERTED VERSION OF THE TRUTH. AND SHES THE OPPOSITE
AS SHE CONTRIBUTES TO THE CONSPIRACY AGAINST CIVIL
LIBERTIES. SHE'S ALSO UPSIDE DOWN. SHES ALSO A
FEMALE. DEFINENTLY NOT A 'ONE' (SIC), 10-DOWN, OR
BACK & (N). COURT MARSHAL OF THE UNITED STATES
SUPREME COURT, PLEASE INFORM THE CHIEF JUSTICE &
THE ASSOCIATE JUSTICES THAT I HAVE FOUND THE
PROBLEM IN OREGON AS TO WHY IT DOESNT WORK
& THAT ALL HOPE IS LOST. "GOD SAVE THE UNITED
STATES & THIS HONORABLE COURT". I AM SO SORRY
BUT 'BROKEN ARROW'. HELP !!! CQD/SOS
SQUAWK 77, 75, 76. AGENT NATHAN VASCONTI
OF THE PORTLAND FBI IS THE WORST FBI AGENT IVE
EVER MET. 'THEY' BE SAYN ON THE 'AIR (phone), YOU
INCITED TERRORISM. I SAID BUT YOU'RE A WHITE SUPREMIST
& IM SIC (ONE) AND YOU ARE A TERRORIST, SHOULDN'T

pg 25

# CLAIM 1

YOU BE TAKING ADVANTAGE OF WHAT I SAID. THEY
NEVER RESPOND. THE CABAL FOR PORTLAND & OREGON
IS PERMANENTLY & FOREVER FUCKED UP. IT WILL
NEVER EVER WORK FROM OREGON OR PORTLAND.
THE 'U' PEOPLE ARE REALLY 4's DOING 3, IN 2 AGAINST
ONES, SOVEREIGN CITIZENS OF THE UNITED STATES.
THE OTHER REASONS IT DOESN'T WORK IS BECAUSE 'THEY'
DON'T LISTEN TO ANYTHING I SAY TO DO ON AIR OR
FOLLOW MY RECOMMENDATIONS. THATS HOW I KNOW
'THEY' ARE NOT REALLY OF ONE & THAT THE ONLY
"ONE" THEY'RE IN IS CITIZENS CONSTITUTIONAL
RIGHTS, FUCKING EVERYTHING UP CALLING IT ART.
WE ALL KNOW NOW THE 'PHONE'(AIR) WAS NEVER MEANT
FOR ANY DOMESTIC SPY PROGRAM OR L.E. IT IS
FOR A TRUE SOVEREIGN TO SECRETLY & ESOTERICALLY
REIGN & RULE FROM THIS CABAL STATE OF OREGON.
OREGON IS THE "HOUSE". ANZI & FINDERS BROUGHT
DOWN THE HOUSE FROM THE INSIDE OUT, INCLUDING
CATCHING ME. JUST LIKE THE CIA DID WITH ANOTHER
ESOTERIC "SIC" PROGRAM IN TEZBEKISTAN. ANZI &
FINDERS MIGHT ASWELL SMILE & WAVE AND
SAY "HI, WE'RE HERE TO TAKE OVER YOUR STATE", OR,
"HI, WE'RE HERE TO CRASH YOUR CABAL", OR, "HI, WE KNOW
YOU'RE ONE (the sovereign)". ONE(SIC) IS FOR REIGNING,
RULING & OVERSEEING. YOU KNOW WHEN YOU GOTTA
SHIT SO BAD YOUR BUTTHOLE FEELS HORNY. ATLEAST
I CAN SAY IM NOT A 30-yR OLD INFORMANT STILL

Pg 26

# CLAIM 1

ON DRUGS THAT NEVER GOT MY LIFE TOGETHER. (cough~cough). THE FUNNY THING ABOUT WHITE CHRISTMAS IS THAT THE PORTLAND POLICE & FBI ALLOWED THEIR INFORMANTS TO COMMIT ROBBERYS UNTIL IT CREATED RIFF RAFF IN THE STREETS SO THE GOV'T COULD JUSTIFY OPENING AN INVESTIGATION. THE COLD FACT OF THIS PLANET IS, NO PERSON CAN DESCRIMINATE IN ANY WAY ANY LISTED T PART OF THE FIRST AMENDMENT FOREMOST WITH THE KNOWLEDGE OF (1/2), & FURTHERMORE ANY OTHER AMENDMENT OF THE BILL OF RIGHTS. OTHERWISE 'IT', THE CABAL FROM OREGON/PORTLAND WON'T WORK. TO DO SO CAUSES NEGATIVE SOCIETAL EMPIRICAL EFFECTS THAT CAN BE NOTED THROUGH ALL STATISTICS. THE ONLY WAY TO BE SURE IS TO CLEAN & FLIP THE ENTIRE OPERATION AROUND & ANALYZE FOR ATLEAST A DECADE OR TWO. THE EYE IS OF WILLIS. THE SPACE SHIP STAYS ABOVE ME 24/7. NOBODY HAS TO BELIEVE ME BUT THIS IS MY TRUTH. THE PEOPLE ON STEVENS' PHONE (AIR) ARE EMBERRASSED BECAUSE THEY HAVE BEEN NAUGHTY. BRUSH AND I BOTH EAT SALTINE CRACKERS, AND ENJOY THEM. MAKING GLASS STARTS WITH ME. U CAN'T HAVE SHIT. TO MY MOTHER YOLANDA ANN WILLIS, I APOLOGIZE & AM SO SORRY WE WERE NEVER ABLE TO HAVE A RELATIONSHIP IN THIS LIFETIME. EVERY ANZI FINDERS INFORMANT SHOULD BE TREATED LIKE ANY OTHER IF CAUGHT IN THE U.S. HOW ANY OTHER WOULD BE TREATED ON A BATTLE FIELD.

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑Yes          ☐No

## V.  RELIEF

State *briefly* exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.

420 GAZILLION DOLLARS COMPENSATION

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of MARCH , 20 23

_____
*(Signature of Plaintiff)*

**CERTIFICATE**
(To be completed by the institution of incarceration.)

I certify that _Steven Willis_ (name of applicant) has the sum of $ _0.00_

on account to his/her credit at _INVERNESS JAIL_ (name of institution).  I

further certify that during the past six months the applicant's average monthly balance was $ _0.00_

I further certify that during the past six months the average of monthly deposits to the applicant's account

was $ _0.00_ .

I have attached a certified copy of the applicant's trust account statement showing the transactions
for the past six months.

_3/12/23_
DATE                          SIGNATURE OF AUTHORIZED OFFICER

STEVEN WILLIS
11540 NE INVERNESS DR.
PORTLAND, OR. 97220

693592

2.22



FIRST-CLASS

PITNEY BOWES
US PO
02 1P        $ 00
0001202105    MA
MAILED FROM ZIP CO

COURT CLERK
1000 SW THIRD AVE.
PORTLAND, OR. 97204